# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAIYON IKELL SPEARS

NO. 2024 KW 0037

**APRIL 4, 2024**

---

In Re: Taiyon Ikell Spears, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 46947.

---

**BEFORE:** **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

> JEW
> EW
> TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT